PROB 12C
(7/93)

Report Date: July 27, 2011

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 27 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Franklin Randall              Case Number: 2:01CR02085-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 11/8/2001

Original Offense:        Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 120 Months; TSR - 60    Type of Supervision: Supervised Release
                         Months

Asst. U.S. Attorney:     Jane Kirk               Date Supervision Commenced: 8/6/2010

Defense Attorney:        Rebecca Pennell         Date Supervision Expires: 8/5/2015

---

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1                       **Special Condition #18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, in order to confirm your continued abstinence from this substance.

                        **Supporting Evidence**: On July 7, 2011, Franklin Randall submitted a urinalysis test which tested positive for alcohol. Test results were confirmed by Alere Toxicology Services.

2                       **Special Condition #18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, in order to confirm your continued abstinence from this substance.

                        **Supporting Evidence**: On July 20, 2011, Franklin Randall failed to report to Merit Resource Services (Merit) for a urinalysis test.

                        On July 21, 2011, this officer received a letter from Merit stating the defendant failed to show for his random urinalysis test on July 20, 2011. Contact with the defendant confirmed the aforementioned. Mr. Randall related he simply forgot to report for his urinalysis test that day.

Prob12C
Re: Randall, Franklin
July 27, 2011
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/27/2011

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

July 27, 2011
Date