PROB 12C
(7/93)

Report Date: April 1, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 01 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Franklin D. Randall                    Case Number: 2:01CR02085-001

Address of Offender

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 11/8/2001

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 120 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn Anderson | Date Supervision Commenced: 8/6/2010 |
| Defense Attorney: | Diane Hehir | Date Supervision Expires: 8/5/2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

        1                **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

                          **Supporting Evidence**: On or about April 1, 2013, Franklin Randall was arrested for driving under the influence and third degree driving with license suspended, Union Gap Police Department (incident number 13U001468).

                          According to an incident report from the Union Gap Police Department, on April 1, 2013, at approximately 12:12 a.m. a traffic stop was conducted on a vehicle which was traveling without the headlights turned on. Upon contacting the driver, who was subsequently identified as the defendant, the officer detected a strong odor of alcohol coming from within the vehicle. Mr. Randall admitted to driving without a driver's license and stated the only reason he was driving was because he was only partially drunk and his friend was too drunk to drive. The defendant voluntarily agreed to perform field sobriety tests, which he failed. He was then arrested and booked into the Yakima County Jail. At the jail, the defendant provided two breath samples which registered a blood alcohol content level of .164 and .159 respectively.

                          The defendant appeared in Union Gap Municipal Court (case number 40800) on April 1, 2013, and bail was set at $1,000.

Case 2:01-cr-02085-EFS Document 93 Filed 04/01/13

Prob12C
Re: Randall, Franklin D.
April 1, 2013
Page 2

    2    **Special Condition #16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

    **Supporting Evidence**: On or about April 1, 2013, Franklin Randall consumed alcohol as noted in violation 1.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 1, 2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/1/13
Date