PROB 12C
(7/93)

Report Date: November 26, 2013

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Franklin D. Randall     Case Number: 0980 2:01CR02085-001

Address of Offender: ███████████████

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 8, 2001

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 120 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: November 19, 2013 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: November 18, 2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Franklin D. Randall was arrested on November 25, 2013, for eluding, driving under the influence, second degree driving with license suspended, and failing to stop at a stop sign, Washington State Patrol case number 13017386.<br><br>An incident report has been requested on the above charges. Mr. Randall is scheduled to appear in Yakima County Superior Court (case number 13-1-01699-6) on November 26, 2013. |
| 2 | **Special Condition #16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Franklin D. Randall consumed alcohol on November 25, 2013, as noted in violation 1. |

Prob12C
Re: Randall, Franklin D.
November 26, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/26/2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*
Signature of Judicial Officer

November 26, 2013
Date